IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. |
| | ) | 11-00152-CB |
| LUIS COLON, | ) | CIVIL NO. |
| | ) | 14-00038-CB |
| Petitioner/Defendant | ) | |

## FINAL JUDGMENT

Pursuant to separate orders entered this date and on September 29, 2014, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 be and hereby is **DENIED**.

**DONE** this the 8th day of December, 2014.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**