IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CRIMINAL NOS.  11-00152-CB |
| | | 12-00101-CB |
| LUIS DANIEL COLON, | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

This matter is before the Court on defendant's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) based on a retroactive amendment to the United States Sentencing Guidelines.  In 2014, the United States Sentencing Commission ("the Commission") enacted an amendment to the United States Sentencing Guidelines that further reduced the sentencing ranges for certain offenses.  *See* Amendment 782, United States Sentencing Guidelines.  The Commission has deemed this to be an amendment that may be applied retroactively.  *See* U.S.S.G. § 1B1.10.  After review of the motion and all relevant factors prescribed by § 1B1.10, the court has determined that a reduction of sentence based on the amended guideline range may be appropriate in this case.

Defendant pled guilty in the above-styled cases and was sentenced to concurrent sentence of 188 months.  His original calculated guidelines range was 188 to 235 months. According to the revised guidelines calculation prepared by the United States Probation Office, application of Amendment 782 would result in a guideline range of 151 to 188 months. Unless the United States files a written

objection on or before **July 22, 2016**, the Court will enter an order reducing the defendant's sentence to 151 months.

 **DONE** this the 22nd day of June, 2016

            **s/**<u>*Charles R. Butler, Jr.*   </u>
            **Senior United States District Judge**