IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. ACT. NO. 1:11-cr-152-TFM-B |
| | ) | |
| LUIS DANIEL COLON | ) | |

### ORDER

Pending before the Court is the *pro se* Motion for Early Termination of Supervised Release (Doc. 705, filed 10/10/23) and the United States' Response (Doc. 708, filed 11/21/23). For the reasons stated in the United States' Response (Doc. 708, filed 11/21/23), the *pro se* Motion for Early Termination of Supervised Release (Doc. 705, filed 10/10/23) is **DENIED**.

Colon has completed 21 months or roughly 1/3 of a 60 month term of supervised release. The Probation Officer concurs with the early termination request on grounds that Colon has been compliant with the conditions of supervision and seems to have learned his lesson. The United States opposes the motion because Colon has not completed 50% of his supervised release term; Colon received a 37month sentence reduction because of a retroactive amendment to the guidelines; and Colon 's compliance with the conditions of supervision is merely what is expected of all persons under supervision.

Pursuant to 18 U.S.C. §3583(e)(1), and after consideration of the relevant factors in 18 U.S.C. §3553(a), the Court may "terminate a term of supervised release and discharge the defendant at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. §3583(e)(1). Relevant factors for the Court to consider include: "the nature

and circumstances of the offense and the history and characteristics of the defendant;" "the need for the sentence imposed… to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense," and "the need to provide restitution to any victims of the offense." 18 U.S.C. §3553(a)(1), (a)(2)(A). and (a)(7).

      The Court considered all of the foregoing with respect to Defendant Colon.  The Court finds that the motion is due to be denied to promote Colon's respect for the law, provide just punishment for the offenses, deter him from criminal conduct, and to protect the public from further crimes.  Thus, early termination is not warranted 18 U.S.C. §3583(e)(1).

      **DONE** and **ORDERED** this 21st day of November, 2023.

                                                    /s/ Terry F. Moorer
                                                    TERRY F. MOORER
                                                    UNITED STATES DISTRICT JUDGE